## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

                                           :  CHAPTER 13

Cheryl L. Fillion

                                           :  NO. 16-13992/elf

## CERTIFICATION OF SERVICE

I, BRADLY E. ALLEN, attorney for Debtor, Cheryl L. Fillion do hereby certify that on September 6, 2016 I mailed by, regular first class mail, a true and correct copy of the Debtor's Motion to Avoid Judicial Lien of Palisades Collection, LLC and Notice of Hearing Date to the following:

Michael F. Ratchford, Esquire
120 N. Keyser Ave.
Scranton, PA  18504

Palisades Collections, LLC
Attention:  Candace Gill, Collections Manager
210 Sylvan Ave.
Englewood, NJ  07632

Cheryl Fillion
3511 Decatur St.
Philadelphia, PA  19136

The following parties were notified electronically:

William C. Miller, Chapter 13 Trustee

U.S. Trustee

/s/Bradly E. Allen
BRADLY E. ALLEN
Attorney for Debtor
7711 Castor Ave.
Philadelphia, PA  19152
(215)725-4242