## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
    Cheryl L. Fillion

: No. 16-13992/elf

### CERTIFICATION OF NO RESPONSE

I, Bradly E. Allen, attorney for the Debtor, Cheryl L. Fillion, do hereby verify that on September 6, 2016 I mailed by regular first class mail a true and correct copy of Debtor's Motion to Avoid Lien with Palisades Collections, LLC and Notice of Hearing Date to the following parties and the parties have not filed a response:

Michael F. Ratchford, Esquire
120 N. Keyser Ave.
Scranton, PA  18504

Palisades Collections, LLC
Attn:  Candace Gill, Collections Mgr.
210 Sylvan Ave.
Englewood, NJ  07632

Cheryl Fillion
3511 Decatur St.
Philadelphia, PA 19136

I, Bradly E. Allen, further certify that the following parties were served electronically:

William C. Miller, Chapter 13 Trustee

U.S. Trustee's Office

Date: 9/26/16                           /s/BRADLY E. ALLEN, ESQUIRE
                                                            Attorney for Debtor