**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              :    CHAPTER 13
      CHERYL L. FILLION
                   Debtor          :

                                :    NO.  16-13992/elf

                                :

**O R D E R**

AND NOW, this     5th         day of       October          , 2016, upon Motion of the debtor to avoid a

judicial lien in real property held by Palisades Collection, LLC.

And the debtor having asserted that the lien is subject to avoidance pursuant to 11 U.S.C. Sec.

522(f)(1)(A).

And the debtor having certified that adequate notice of the motion was sent to the lienholder and that no

answer or other response to the motion has been filed.

Accordingly, it is hereby ordered that the motion is granted and the judicial lien in real property located

at 3511 Decatur Street, Philadelphia, PA 19136  held by Palisades Collection, LLC  by virtue of the judgment

entered in Philadelphia Municipal Court,  No. SC -06-09-01-3050  is **AVOIDED**.

_____
**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**