United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-13992-elf
Cheryl L. Fillion                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 1    Date Rcvd: Oct 05, 2016
                        Form ID: pdf900    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2016.
db              +Cheryl L. Fillion,    3511 Decatur Street,    Philadelphia, PA 19136-3008
13739164        +Palisades Collection, LLC,    c/o Amy Doyle, Esquire,    4660 Trindle Road, 3rd Floor,
                  Camp Hill, PA 17011-5610

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13739163         +E-mail/Text: ebn@vativrecovery.com Oct 06 2016 02:16:25      Palisades Collection, LLC,
                  210 Sylvan Avenue,    Englewood Cliffs, NJ 07632-2510
                                                                                               TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2016 at the address(es) listed below:
      BRADLY E ALLEN    on behalf of Debtor Cheryl L. Fillion bealaw@verizon.net
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                                                                                                       TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
|     CHERYL L. FILLION | : | |
|         Debtor | : | NO. 16-13992/elf |
| | : | |

**O R D E R**

AND NOW, this 5th day of October, 2016, upon Motion of the debtor to avoid a judicial lien in real property held by Palisades Collection, LLC.

And the debtor having asserted that the lien is subject to avoidance pursuant to 11 U.S.C. Sec. 522(f)(1)(A).

And the debtor having certified that adequate notice of the motion was sent to the lienholder and that no answer or other response to the motion has been filed.

Accordingly, it is hereby ordered that the motion is granted and the judicial lien in real property located at 3511 Decatur Street, Philadelphia, PA 19136 held by Palisades Collection, LLC by virtue of the judgment entered in Philadelphia Municipal Court, No. SC -06-09-01-3050 is **AVOIDED**.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**