**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    CHERYL FILLION        : Chapter 13

                                              : No. 16-13992/elf

**CERTIFICATION OF SERVICE**

    I, BRADLY E. ALLEN, attorney for Debtor, Cheryl Fillion, do hereby verify that on December 12, 2016, I electronically served to the following the Amended Chapter 13 Plan:

        Joshua Isaac Goldman, Esquire
        on behalf of M & T Bank

        William C. Miller, Chapter 13 Trustee

        U.S. Trustee's Office

A copy was served by regular first class mail to:

        PGW
        800 W. Montgomery Ave.
        Philadelphia, PA 19122

        City of Philadelphia
        Law Dept. Tax Unit
        1401 JFK Blvd., 5th Floor
        Philadelphia, PA 19102

        Water Revenue Bureau
        c/o Pamela Elchert Thurmond
        1401 JFK Blvd., 5th Floor
        Philadelphia, PA 19102

        Palisades Collection
        Attention: Candace Gill, Accounts Manager
        210 Sylvan Ave.
        Englewood, NJ 07632

        Palisades Collection
        c/o Michael F. Ratchford, Esquire
        120 N. Keyser Ave.
        Scranton, PA 18504

Cheryl Fillion
3511 Decatur Street
Philadelphia, PA 19136

**s/**Bradly E. Allen
BRADLY E. ALLEN, ESQUIRE
Attorney for Debtor