**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    CHERYL FILLION      : Chapter 13

                              : No. 16-13992/elf

**CERTIFICATION OF SERVICE**

    I, BRADLY E. ALLEN, attorney for Debtor, Cheryl Fillion, do hereby verify that on December 27, 2016, I electronically served to the following the Notice of Application for Compensation and Reimbursement of Expenses:

Joshua Isaac Goldman, Esquire
on behalf of M & T Bank

William C. Miller, Chapter 13 Trustee

U.S. Trustee's Office

A copy was served by regular first class mail to:

PGW
800 W. Montgomery Ave.
Philadelphia, PA 19122

City of Philadelphia
Law Dept. Tax Unit
1401 JFK Blvd., 5th Floor
Philadelphia, PA 19102

Water Revenue Bureau
c/o Pamela Elchert Thurmond
1401 JFK Blvd., 5th Floor
Philadelphia, PA 19102

Palisades Collection
Attention: Candace Gill, Accounts Manager
210 Sylvan Ave.
Englewood, NJ 07632

Palisades Collection
c/o Michael F. Ratchford, Esquire
120 N. Keyser Ave.
Scranton, PA 18504

Cheryl Fillion
3511 Decatur Street
Philadelphia, PA 19136

**s/**<ins>Bradly E. Allen</ins>
BRADLY E. ALLEN, ESQUIRE
Attorney for Debtor