**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re: CHERYL FILLION
Debtor(s)

Case No. 16-13992-elf
Chapter 13

# ORDER

AND NOW, it is hereby **ORDERED** that Bradly E. Allen is **ALLOWED** compensation in the amount of $3,000.00 plus reimbursement of expenses in the amount of $310.00 for a total of $3,310.00 of which $3,000.00 in compensation and $310.00 filing fees was paid by debtor pre-petition.

Dated: 1/24/17

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**