# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-13992-ELF

CHERYL L. FILLION

3511 DECATUR STREET

PHILADELPHIA, PA 19136

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    CHERYL L. FILLION

    3511 DECATUR STREET

    PHILADELPHIA, PA 19136

Counsel for debtor(s), by electronic notice only.

    BRADLY E ALLEN ESQ
    7711 CASTOR AVE

    PHILA, PA 19152-

Date: 7/17/2017

                                                             /S/ William C. Miller
                                                             _____
                                                             William C. Miller, Esquire
                                                             Chapter 13 Standing Trustee