**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    CHERYL FILLION      : Chapter 13

                               : No. 16-13992/elf

**CERTIFICATION OF SERVICE**

    I, BRADLY E. ALLEN, attorney for Debtor, Cheryl Fillion, do hereby verify that on November 20, 2017, I electronically served to the following Debtor's Response to Motion for Relief of M & T Bank:

Joshua Isaac Goldman, Esquire
on behalf of M & T Bank

William C. Miller, Chapter 13 Trustee

U.S. Trustee's Office

A copy was served by regular first class mail to:

Cheryl Fillion
3511 Decatur Street
Philadelphia, PA 19136

**s/**Bradly E. Allen
BRADLY E. ALLEN, ESQUIRE
Attorney for Debtor