# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Cheryl L. Fillion a/k/a Cheryl L. Schmidt <br>                              Debtor | CHAPTER 13 |
| M&T Bank <br>                              Movant <br>     vs. | |
| Cheryl L. Fillion a/k/a Cheryl L. Schmidt <br>                              Debtor | NO. 16-13992 ELF |
| Michael C. Fillion <br>                              Co-Debtor | |
| William C. Miller, Esq. <br>                              Trustee | |

## MOTION FOR EXTENSION OF TIME TO FILE STIPULATION

Movant, through their attorney, KML Law Group, P.C., hereby requests an extension due to the reasons as stated below;

1. The Deadline to file the Stipulation is currently scheduled for March 1, 2018.
2. The parties are attempting to settle on the terms and will require additional time before the pleading can be filed.
3. Both Movant and Respondent concur to this request.

WHEREFORE, Movant requests that the filing deadline be extended to March 15, 2018.

March 1, 2018

                                                    **/s/ Kevin G. McDonald, Esquire**
                                                    Kevin G. McDonald, Esquire
                                                    KML Law Group, P.C.
                                                    701 Market Street, Suite 5000
                                                    Philadelphia, PA 19106-1532
                                                    (215) 627-1322 FAX (215) 627-7734
                                                    Attorney for Movant/Applicant

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Cheryl L. Fillion a/k/a Cheryl L. Schmidt <u>Debtor</u> | CHAPTER 13 BK NO: 16-13992 ELF |
| M&T Bank <u>Movant</u> | |
| vs. | |
| Cheryl L. Fillion a/k/a Cheryl L. Schmidt <u>Debtor</u> | |
| Michael C. Fillion <u>Co-Debtor</u> | |
| William C. Miller, Esq. <u>Trustee</u> | |

## ORDER GRANTING EXTENSION

Upon consideration of Movant's Motion requesting extension, it is hereby;

ORDERED that the deadline to file the Stipulation be extended to .

By the court:

Dated:

United States Bankruptcy Judge