# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Cheryl L. Fillion a/k/a Cheryl L. Schmidt <br> <u>Debtor</u> <br><br> M&T Bank <br> <u>Movant</u> <br> vs. <br><br> Cheryl L. Fillion a/k/a Cheryl L. Schmidt <br> <u>Debtor</u> <br><br> Michael C. Fillion <br> <u>Co-Debtor</u> <br><br> William C. Miller, Esq. <br> <u>Trustee</u> | CHAPTER 13 <br> BK NO: 16-13992 ELF |

## ORDER GRANTING EXTENSION

Upon consideration of Movant's Motion requesting extension, it is hereby;

**ORDERED** that the deadline to file the Stipulation be extended to **March 30, 2018**.

Dated: 3/2/18

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**