United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 16-13992-elf
Cheryl L. Fillion                                                               Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR           Page 1 of 1           Date Rcvd: Mar 02, 2018
                       Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2018.
db              +Cheryl L. Fillion,    3511 Decatur Street,    Philadelphia, PA 19136-3008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 2, 2018 at the address(es) listed below:
              BRADLY E ALLEN    on behalf of Debtor Cheryl L. Fillion bealaw@verizon.net
              DENISE ELIZABETH CARLON    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    M&T Bank KMcDonald@blankrome.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    M&T Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Cheryl L. Fillion a/k/a Cheryl L. Schmidt<br>　　　　　　　Debtor<br><br>M&T Bank<br>　　　　　　　Movant<br>　　vs.<br><br>Cheryl L. Fillion a/k/a Cheryl L. Schmidt<br>　　　　　　　Debtor<br><br>Michael C. Fillion<br>　　　　　　　Co-Debtor<br><br>William C. Miller, Esq.<br>　　　　　　　Trustee | CHAPTER 13<br>BK NO: 16-13992 ELF |

**ORDER GRANTING EXTENSION**

Upon consideration of Movant's Motion requesting extension, it is hereby;

**ORDERED** that the deadline to file the Stipulation be extended to **March 30, 2018**.

Dated:  3/2/18

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**