# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re   **Melissa M. Kromchad**                                                                    Case No.    **20-13359/elf**

Debtor(s)                                            Chapter   **13**

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2021 a copy of the Amended Chapter 13 Plan was served electronically and by

regular United States mail to the parties and the Trustee  listed below.

Melissa Kromchad
670 Wyndom Terrace
Holmes, PA 19043

Electronic mail to:

Daniel P. Jones
on behalf of Amerihome Mortgage

Thomas Young.Hae Song
on behalf of Amerihome Mortgage

Pamela Elchert Thurmond
on behalf of City of Philadelphia

William C. Miller, Chapter 13 Trustee

U.S. Trustee

**/s/ Bradly E. Allen, Esquire**

**Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242Fax:215-725-8288**
**bealaw@verizon.net**