**United States Bankruptcy Court**
Eastern District of Pennsylvania

In re **CHERYL L. FILLION**                                   Case No. **16-13992/elf**
                              Debtor(s)                       Chapter **13**

## ORDER

On this the _____ day of _____, 2021, it is hereby ORDERED and DECREED that it is determined that Debtor, Cheryl L. Fillion was current on her mortgage payments at the conclusion of her Chapter 13 Plan.

Dated: _____                BY THE COURT:

                                              _____
                                              HONORABLE ERIC L. FRANK
                                              United States Bankruptcy Judge