# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **CHERYL L. FILLION**                                                     Case No.  **16-13992/elf**

Debtor(s)                                                     Chapter  **13**

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2021 a copy of Debtor's Motion Objecting to Response to Notice of Final Cure Payment of M & T Bank and Notice of Hearing Date of July 27, 2021 at 1:00 p.m. was served electronically or by regular United States mail to the Trustee and parties listed below:

Cheryl Fillion
3511 Decatur St.
Philadelphia, PA  19136

Electronic mail to:

Rebecca Ann Solarz
on behalf of M & T Bank

William C. Miller, Chapter 13 Trustee

U.S. Trustee

**/s/ Bradly E. Allen, Esquire**
**Bradly E. Allen, Esquire**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242  Fax:215-725-8288**
**bealaw@verizon.net**