United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-13992-elf |
| Cheryl L. Fillion | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 16, 2021 | Form ID: 138NEW | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cheryl L. Fillion, 3511 Decatur Street, Philadelphia, PA 19136-3008 |
| 13804865 | | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13739159 | | Kohl's Department Store, c/o FMS, Inc., P. O. Box 707600, Tulsa, OK 74170-7600 |
| 13739160 | + | M & T Bank c/o, KML Law Group, P.C., 701 Market Street, Philadelphia, PA 19106-1541 |
| 13739161 | + | M & T Bank S/B/M M & T MORTGAGE CORP, One Fountain Plaza, Buffalo, NY 14203-1420 |
| 13739165 | + | PGW, 800 W. Montgomery Avenue, Philadelpihia, PA 19122-2806 |
| 13739164 | + | Palisades Collection, LLC, c/o Amy Doyle, Esquire, 4660 Trindle Road, 3rd Floor, Camp Hill, PA 17011-5610 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jun 16 2021 23:45:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 16 2021 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 16 2021 23:45:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13745788 | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 17 2021 00:08:46 | American InfoSource LP as agent for, T Mobile/T-Mobile USA Inc, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 13739155 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 16 2021 23:49:07 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 13746030 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 16 2021 23:49:31 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13739156 | Email/PDF: creditonebknotifications@resurgent.com | Jun 16 2021 23:49:09 | Credit One Bank, P. O. Box 98872, Las Vegas, NV 89193-8872 |
| 13739157 | + Email/PDF: pa_dc_ed@navient.com | Jun 16 2021 23:49:14 | Department of Education/Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 13739158 | + Email/Text: PBNCNotifications@peritusservices.com | Jun 16 2021 23:43:00 | Kohl's Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 13758438 | Email/Text: camanagement@mtb.com | Jun 16 2021 23:43:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 13795787 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 16 2021 23:44:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13802682 | Email/PDF: pa_dc_claims@navient.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 16, 2021 | Form ID: 138NEW | Total Noticed: 24 |

| | | | |
|---|---|---|---|
| | | Jun 17 2021 00:08:09 | Navient Solutions, Inc. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 13739166 | + Email/Text: megan.harper@phila.gov | Jun 16 2021 23:45:00 | PGW, C/O City Of Philadelphia/Law Dept., 1515 Arch St., 14th Floor, Philadelphia, PA 19102-1504 |
| 13739163 | + Email/Text: ebn@vativrecovery.com | Jun 16 2021 23:43:00 | Palisades Collection, LLC, 210 Sylvan Avenue, Englewood Cliffs, NJ 07632-2510 |
| 13739167 | + Email/Text: bknotice@ercbpo.com | Jun 16 2021 23:44:00 | Sprint, C/O Enhanced Recovery Company, P. O. Box 57547, Jacksonville, FL 32241-7547 |
| 13821525 | + Email/Text: megan.harper@phila.gov | Jun 16 2021 23:45:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, 1401 JFK Blvd., 5th Floor, Phila., PA 19102-1663 |
| 13739168 | Email/Text: megan.harper@phila.gov | Jun 16 2021 23:45:00 | Water Revenue Bureau, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13739162 | ##+ | Michael Fillion, 2402 Edgecombe Avenue, Glenside, PA 19038-3704 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2021          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRADLY E ALLEN | on behalf of Debtor Cheryl L. Fillion bealaw@verizon.net |
| DENISE ELIZABETH CARLON | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor M&T Bank Josh.Goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| THOMAS I. PULEO | |

District/off: 0313-2                          User: admin                                    Page 3 of 3
Date Rcvd: Jun 16, 2021                       Form ID: 138NEW                          Total Noticed: 24

                on behalf of Creditor M&T Bank tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com

United States Trustee

                USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.

                on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.

                ecfemails@ph13trustee.com  philaecf@gmail.com


TOTAL: 10

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Cheryl L. Fillion

               Debtor(s)

Bankruptcy No: 16−13992−elf

Chapter: 13

_____


### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☐    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☐    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.


For The Court
Timothy B. McGrath
Clerk of Court

Dated: 6/16/21

75 − 74
Form 138_new
