**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re  **CHERYL L. FILLION**                                                                 Case No.  **16-13992**
                                                    Debtor(s)                                  Chapter  **13**

# PRAECIPE TO WITHDRAW

**TO THE CLERK OF BANKRUPTCY COURT:**

Kindly withdraw Debtor's Motion Objecting to Response to Notice of Final Cure Payment of M & T Bank and cancel the hearing scheduled for July 27, 2021 at 1:00 p.m.

Dated:  June 28, 2021                           **/s/Bradly E. Allen, Esquire**
                                                Attorney for Debtor, Cheryl L. Fillion