# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **CHERYL L. FILLION**  
Debtor(s)

Case No. **16-13992/elf**  
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2021 a copy of the Praecipe to Withdraw Debtor's Motion Objecting to Response to Notice of Final Cure Payment of M & T Bank was served electronically or by regular United States mail to the Trustee and parties listed below:

Cheryl Fillion  
3511 Decatur St.  
Philadelphia, PA  19136

Electronic mail to:

Rebecca Ann Solarz  
on behalf of M & T Bank

William C. Miller, Chapter 13 Trustee

U.S. Trustee

**/s/ Bradly E. Allen, Esquire**  
**Bradly E. Allen, Esquire**  
**7711 Castor Avenue**  
**Philadelphia, PA 19152**  
**215-725-4242  Fax:215-725-8288**  
**bealaw@verizon.net**